UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDRA PASSARELLI and ANDREA SADICK-BROWN, ) ) ) Plaintiffs, ) ) v. ) ) NAVIENT SOLUTIONS, INC. ) f/k/a SALLIE MAE, INC., ) ) Defendant. ) ) | CIVIL ACTION NO.: 3:14-cv-01423-MPS |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff ALEXANDRA PASSARELLI and ANDREA SADICK-BROWN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Dated: April 8, 2016

By: /s/ Jonathan G. Cohen
Jonathan G. Cohen, Esquire
2 Congress St.
Hartford, CT 06114
Tel: 860 527 8900
Fax: 860 527 8901
CT Juris #: 410275
jgcohen@yahoo.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Jonathan G. Cohen
Jonathan G. Cohen
Attorney for Plaintiff
